**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7208

ROBERT CLIFFORD WEDDINGTON,

Plaintiff - Appellant,

v.

DFC MICHAEL SAUNDERS, #1114; DFC TOM LOTTERER, #1178; DFC JESSICA SANDERS, #1196; DFC LEON DIXON, #1102,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:19-cv-01985-TDC)

Submitted:  May 31, 2023                                            Decided:  June 20, 2023

Before GREGORY, Chief Judge, QUATTLEBAUM, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Clifford Weddington, Appellant Pro Se.  Carl N. Zacarias, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Clifford Weddington appeals the district court's order granting the Defendants' motion to dismiss and dismissing his 42 U.S.C. § 1983 complaint as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Weddington v. Saunders*, No. 8:19-cv-01985-TDC (D. Md. Sept. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*